750 A.2d 304

James A. NEWBREY, Respondent,

v.

The TOWNSHIP AND SCHOOL DISTRICT OF UPPER ST. CLAIR and Douglas A. Watkins, Township Manager, Petitioner.

Supreme Court of Pennsylvania.

May 17, 2000.

## *ORDER*

PER CURIAM:

AND NOW, this 17th day of May, 2000, the Petition for Allowance of Appeal is **GRANTED** and the order of the Commonwealth Court is **REVERSED.** *See Marchlen v. Township of Mt. Lebanon,* 560 Pa. 453, 746 A.2d 566 (2000).